# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| USA | § § § | |
| vs. | § | NO:  SA:16-CR-00701(3,)-FB |
| (3) Francisco Vidaurri | § § § § | |

## ORDER RESETTING SENTENCING

On this day came on to be considered Government's Oral Motion to Continue Sentencing scheduled for *January 23, 2020.*  Upon consideration, the Court is of the opinion that the Motion be granted.

It is hereby ORDERED that Government's Oral Motion to Continue Sentencing is **GRANTED.**

It is FURTHER ORDERED that the above entitled and numbered cause is rescheduled for **January 30, 2020 at  9:30**  in Courtroom Number 2, First Floor of the John H. Wood, Jr., United States Courthouse, 655 E. Cesar E Chavez Boulevard, San Antonio, Texas.

Signed this 22nd day of January, 2020.

FRED BIERY
UNITED STATES DISTRICT JUDGE